IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Leonard R ONeill Jr

_____

_____

_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

General Dynamic

Quonset point facility

_____

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

Complaint for a Civil Case

Case No. CA 18 - 256

(to be filled in by the Clerk's Office)

Jury Trial:     ☐ Yes   ☐ No
               (check one)

I.   The Parties to This Complaint

   A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Leonard R O'Neill Jr_

Street Address _202 Natick Ave_

City and County _Warwick_

State and Zip Code _RI 02896_

Telephone Number _(401) 739-2696_

E-mail Address _____

   B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _General Dynamics_

Job or Title
(if known) _____

Street Address _165 Dillabur Ave_

City and County _North Kingston_

State and Zip Code _RI 02852-1009?_

Telephone Number _(401) 268-2400_

E-mail Address _www.gdeb.com_
(if known)

Defendant No. 2

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

2

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

Defendant No. 3

    Name   _____

    Job or Title   _____
    (if known)

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address   _____
    (if known)

Defendant No. 4

    Name   _____

    Job or Title   _____
    (if known)

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address   _____
    (if known)

II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Discrimination in employment act 1967*

_____

_____

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* *General Dynam*, is incorporated under the laws of the State of *(name)* *RI* _____, and has its principal place of business in the State of *(name)* *RI  North Kingston*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

1 1/2 years not employed by
plaintiff average yearly salary
50,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Originally won a discrimination case presented
by the EEOC. (charge no# 523-2017-00912.
After appling for an open position at General
Dynamics I was refused employment with
the same reasoning. A verbal agreement
in a conference call, all parties agreed
that after my incarceration if a position
was available I would be hired with no
issues. I applied and was refused employment
again"

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Missing out in employment has cost me the agreed amount of hourly pay. Plus forced me to tap into my retirement plans to survive

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/8/, 20 18

Signature of Plaintiff _Leonard Ronuill_

Printed Name of Plaintiff _Leonard Ronuill, Jr_

B.   For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney          _____

Printed Name of Attorney    _____

Bar Number                       _____

Name of Law Firm             _____

Address                           _____

Telephone Number             _____

E-mail Address                  _____

## CONTINUATION PAGES

The Defendant(s) - Continuation

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation. For an individual defendant, include the person's job or title (if
known). Attach additional pages if needed.

Defendant No. 5

|                       |                        |
|-----------------------|------------------------|
| Name                  | _____ |
| Job or Title (if known) | _____ |
| Street Address        | _____ |
| City and County       | _____ |
| State and Zip Code    | _____ |
| Telephone Number      | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 6

|                       |                        |
|-----------------------|------------------------|
| Name                  | _____ |
| Job or Title (if known) | _____ |
| Street Address        | _____ |
| City and County       | _____ |

Defendant No. 7

|                       |                        |
|-----------------------|------------------------|
| Name                  | _____ |
| Job or Title (if known) | _____ |
| Street Address        | _____ |
| City and County       | _____ |
| State and Zip Code    | _____ |
| Telephone Number      | _____ |
| E-mail Address (if known) | _____ |

8

Defendant No. 8

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____


Statement of Claim - Continuation

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9