## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| LEONARD R. O'NEILL, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. NO.: 1:18-cv-00256-JJM-LDA |
| ELECTRIC BOAT CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Defendant Electric Boat Corporation states that it is a wholly owned subsidiary of General Dynamics Corporation, the stock of which is publicly traded on the New York Stock Exchange.

                                                                                ELECTRIC BOAT CORPORATION

                                                                                By its attorney,

                                                                                <u>/s/ Francesco A. DeLuca</u>
                                                                                Francesco A. DeLuca (#9293)
                                                                                 OGLETREE, DEAKINS, NASH,
                                                                                 SMOAK & STEWART, P.C.
                                                                                 One Boston Place, Suite 3500
                                                                                 Boston, MA 02108
                                                                                 Tel:  617.994.5700
                                                                                 Fax:  617.994.5701
                                                                                 francesco.deluca@ogletree.com

Dated: August 23, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed electronically through the ECF system on August 23, 2018, that it is available for viewing and downloading from the ECF system, and that it has been served by U.S. mail, postage prepaid, on Plaintiff as follows:

      Leonard R. O'Neill, Jr.
      202 Natick Avenue
      Warwick, RI 02886

      /s/ Francesco A. DeLuca
      Francesco A. DeLuca

35246068.1